```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,     )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )      2:17mc3784-MHT
                              )           (WO)
KENDELL WILLIAMS,             )
                              )
    Defendant,                )
                              )
DOUBLE R. PROFESSIONAL        )
SERVICES, LLC, PIKE ROAD,     )
AL,                           )
                              )
    Garnishee.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss garnishment (doc. no. 8) is granted and that the writ of garnishment is dismissed.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 28th day of July, 2017.**

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**